***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| BRIAN ALAN BLAKELY, d/b/a/ TCS | ) | |
| Plaintiff | ) | No. 06-749 T (Judge Braden) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jacob E. Christensen as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jacob E. Christensen, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: December 20, 2006

s/Jacob Christensen
Jacob E. Christensen, Esquire
United States Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-0878
Fax: (202) 514-9440