IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 60-day enlargement of time from January 2, 2007, to and including March 2, 2007, in which to file a response to the complaint. This is the first request by defendant for this purpose. Plaintiff's attorney has indicated that he will not object to the allowance of this motion. In support of this motion, defendant states as follows:

Plaintiff filed the complaint in this case on November 3, 2006. Pursuant to 28 U.S.C. Section 520, the United States Department of Justice requested the views of the Bureau of Alchohol, Tobacco, Firearms and Explosives (ATF) with respect to this matter. Personnel of the ATF have been assembling the "administrative file" with respect to this action. To date, defendant's attorney has not received the administrative file. The administrative file is essential

to the preparation of a meaningful response to plaintiff's complaint. Additional time is needed for the ATF to assemble and forward the administrative file to the Department of Justice and for defendant's attorney to review the file and prepare an appropriate response to the complaint.

Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

December 20, 2006

s/G. Robson Stewart
Of Counsel