IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT PRELIMINARY STATUS REPORT

Pursuant to paragraphs 4 and 5 of RCFC Appendix A, the parties submit the following information:

a. JURISDICTION

Jurisdiction, to the extent it exists in this case, is conferred by 28 U.S.C. § 1491.

b. CONSOLIDATION

The parties do not believe that this case should be consolidated with any other case before the Court of Federal Claims at this time.

c. BIFURCATION OF TRIAL

In the event of a trial in this case, the parties believe that separate trials on the questions of liability and damages are unnecessary, and all evidence necessary to resolve both questions should be presented together. We would ask the Court initially to determine the question of

liability only, and afterwards, depending upon the Court's ruling on the merits of the dispute, permit the parties a reasonable period to perform and agree upon any necessary computation of the tax and interest due, so that the parties can submit a stipulation as to the amount of any judgment. This will avoid devoting unnecessary attention to computations at trial.

d. DEFERRAL OF PROCEEDINGS

The parties do not believe that the proceedings should be deferred pending consideration of any other case.

e. REMAND OR SUSPENSION

Not applicable.

f. ADDITIONAL PARTIES

The parties do not know of any other additional parties to be joined.

g. DISPOSITIVE MOTIONS

The parties anticipate that they will each file a motion for summary judgment.

h. ISSUES

The sole issue in this case is whether plaintiff's firearm is a "machinegun," as defined in 26 U.S.C. § 5845(b), and thus subject to the transfer tax imposed on firearms by 26 U.S.C. § 5811.

i. SETTLEMENT

The parties do not believe that settlement is likely or that ADR is a viable alternative in this case, because of the nature of the issues involved.

j. TRIAL

The parties believe that trial will be necessary only if their anticipated motions for summary judgment are denied. Neither party requests expedited trial scheduling. In the event of trial, the parties request that trial be held at the United States Court of Federal Claims in Washington, D.C.

k. ELECTRONIC CASE MANAGEMENT

The parties are not aware of any special issues regarding electronic case management needs.

l. OTHER INFORMATION

The parties do not know of any other information of which the Court should be aware at this time.

PROPOSED DISCOVERY PLAN

The parties propose the following tentative schedule for completion of fact discovery and other pretrial matters:

1. Any expert reports shall be disclosed by August 31, 2007; and

2. Fact discovery by the parties shall be completed by November 30, 2007.

Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

Respectfully submitted,

s/Robert G. Nath
ROBERT G. NATH
7th Floor, 8280 Greensboro Drive
McLean, VA 22102
(703) 761-5014

Dated: April 23, 2007

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART

s/G. Robson Stewart
Of Counsel

Dated: April 23, 2007

Attorneys for Defendant