# In The United States Court of Federal Claims

No. 06-749T
Filed: April 30, 2007

****************************************

BRIAN ALAN BLAKELY d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**SCHEDULING ORDER**

Pursuant to the April 23, 2007 Joint Preliminary Status Report, the following pre-trial schedule is ordered:

1. Any expert reports will be disclosed by August 31, 2007.

2. All fact discovery will be completed by November 30, 2007.

3. The parties will file a joint status report regarding further proceedings by December 31, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**