IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES
TO SUSPEND PROCEEDINGS

Defendant, the United States, moves to suspend the proceedings of this case, pursuant to RCFC 7(b). As good cause therefor, the defendant states as follows:

1. The United States has conceded this case, by letter dated June 28, 2007 (attached, Ex. 1).

2. The United States has directed the Bureau of Alcohol, Tobacco, Firearms and Explosives to process an overpayment of the $200 transfer tax at issue in this case, plus interest according to law, on behalf of the plaintiff.

3. The United States has provided plaintiff with a copy of a stipulation for the voluntary dismissal of this case, to be filed once the overpayment is processed.

4. The processing of the overpayment may require several weeks to complete.



2592599.1

5. Discovery is ongoing, and deadlines for responding to formal and informal discovery requests from both parties are approaching (the first of these deadlines is July 19, 2007, by which date the United States is required to respond to discovery requests from plaintiff).

6. In light of the concession of the United States, the need for any additional discovery in this case is mooted.

Plaintiff has not indicated whether he will object to this motion.

Therefore, the United States moves the Court to suspend the proceedings of this case while the overpayment is processed, pursuant to the concession.

Respectfully submitted,

*s/Jacob Christensen*

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

July 3, 2007

*s/G. Robson Stewart*
Of Counsel