IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES
FOR ENTRY OF JUDGMENT

The United States moves the Court to enter judgment in favor of plaintiff and against the United States for an overpayment of transfer tax, paid with respect to the transfer of a firearm by plaintiff, in the amount of $200 in tax, plus interest according to law. Additionally, the United States withdraws its motion to suspend proceedings, filed with the Court on July 3, 2007.

Despite the United States having announced its full concession in this case (attached, Ex. 1), plaintiff has indicated that he will not agree to file a joint stipulation for dismissal. Therefore, in light of the United States' full concession, the United States withdraws its motion to suspend proceedings and respectfully moves the Court to enter judgment in favor of plaintiff in the full amount sought by plaintiff in his refund claim filed with ATF and his complaint filed in this Court.

WHEREFORE, the United States prays that its motion be granted.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

July 10, 2007

s/David Gustafson
Of Counsel