# In The United States Court of Federal Claims

No. 06-749T
Filed: July 12, 2007

****************************************

BRIAN ALAN BLAKELY
d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**FINAL ORDER**

On November 30, 2006, Plaintiff filed a Complaint seeking a tax refund of $200, an amount alleged to have been improperly assessed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives for the transfer of a firearm. *See* Compl. at Prayer, *Blakely* v. *United States* 06-749 (Fed. Cl. Nov. 30, 2006); 26 U.S.C. § 5811 ("There shall be levied, collected, and paid on firearms transferred a tax at the rate of $200 for each firearm transferred."). On June 28, 2007, the Government notified Plaintiff that it was conceding the case. Thereafter, on July 3, 2007, the Government filed a motion to suspend proceedings. On July 10, 2007, the Government filed a motion for the entry of judgment withdrawing its motion to suspend and asking the court to enter judgment in favor of Plaintiff in the amount of "$200 in tax, plus interest according to law." Motion for Judgment at 1, *Blakely* v. *United States*, 06-749 (Fed. Cl. July 10, 2007).

Because the Government has conceded this case, the court, hereby, grants the Government's July 10, 2007 Motion for Entry of Judgment and orders the Clerk of the Court to enter judgment in favor of Plaintiff in the amount of $200, plus statutory interest.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**