**Robert G. Nath, PLLC**
Attorney at Law
7th Floor
8280 Greensboro Drive
McLean, Virginia 22102

Admitted in:
VA, MD, DC

Tel: 703-761-5014
Fax: 703-761-5023
Email: Robertnath@Rnathlaw.com

July 6, 2007

Jacob Christensen, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

Re: *Blakley v. United States,* Fed. Cl. No. 06-749-T

Dear Mr. Christensen:

I have received your letter of June 28, 2007. Please be advised that the plaintiff declines your offer of concession of the above case, and intends to oppose the government's motion to suspend proceedings, principally because the United States has not in fact offered a true concession. Your letter "reaffirms the proper classification of the firearm transferred by plaintiff as a 'machine gun,' within the meaning of Section 5845(b)."

Should your view change concerning the correct classification of plaintiff's firearm change, please let me know.

Sincerely yours,

Robert G. Nath

cc: Mr. Brian Blakley

Exh. A