# In the United States Court of Federal Claims

**No. 06-749 T**

**BRIAN ALAN BLAKELY, d/b/a TCS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Final Order, filed July 12, 2007, granting the Government's July 10, 2007 Motion for Entry of Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $200.00, plus statutory interest.

Brian Bishop
Clerk of Court

**July 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.