IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE PLAINTIFF FOR
RELIEF FROM JUDGMENT, OR FOR
RECONSIDERATION OR AMENDMENT
OF JUDGMENT

The Plaintiff hereby moves this Court, pursuant to RCFC 59 and 60, for relief from judgment, or for reconsideration or amendment of judgment, with respect to the Judgment entered in this matter on July 13, 2007, and as grounds for this motion, states as follows:

1. This Court's Judgment was entered on July 13, 2007, following the prior entry, on July 12, 2007, of a Final Order. That Final Order, in turn, followed the defendant's motion to enter judgment against itself, filed on July 10, 2007. The defendant's motion and the Court's Final Order were entered before plaintiff had responded and before the time for response had elapsed.

2. On July 13, 2007, plaintiff filed his Motion to Vacate Final Order, restore case to Active Docket, or Alternatively, to Amend or Clarify Final Order ("Motion to Vacate").

3. The grounds for the instant motion for relief from judgment are fully set forth in the plaintiff's July 13 Motion to Vacate, and we incorporate that motion by reference.

WHEREFORE, plaintiff prays that this Court enter an order relieving plaintiff from the Judgment, vacating this Court's Final Order, and restoring the case to the active docket.

Respectfully submitted,

____s/_________________________
Robert G. Nath
7th Floor, 8280 Greensboro Drive
McLean, Virginia 22102
Tel: 703-761-5014

Date: July 19, 2007

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on plaintiff this __19th___ day of July, 2007, by mailing the original thereof, in a postage prepaid envelope, to the following address:

JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044