# In The United States Court of Federal Claims

No. 06-749T
Filed: July 24, 2007

*****************************************
BRIAN ALAN BLAKELY
d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

## ORDER

On July 12, 2007, the court filed a Final Order granting the Government's July 10, 2007 Motion to enter judgment and ordered the Clerk of the Court to enter judgment in favor of Plaintiff in the amount of $200, on grounds that the Government had conceded the case. *See* Final Order, *Blakely* v. *United States*, 06-749T, Dkt. No. 12 (Fed. Cl. July 12, 2007). On July 13, 2007, the Clerk of the Court entered judgment in favor of Plaintiff as directed by the court's July 12, 2007 Final Order.

On July 13, 2007, Plaintiff filed a Motion to vacate the Final Order, pursuant to Rules 59 and 60 of the Rules of the United States Court of Federal Claims ("RCFC"). On July 19, 2007, Plaintiff also filed a Motion to vacate the judgment, pursuant to RCFC 60. On July 23, 2007, the Government filed a response in opposition to Plaintiff's July 19, 2007 Motion.

Plaintiff's July 13, 2007 Motion to vacate the Final Order, pursuant to RCFC 59 and 60, and Plaintiff's July 19, 2007 Motion to vacate the judgment, pursuant to RCFC 60, are, hereby, denied. *See Pohl* v. *United States*, 22 Cl. Ct. 849 (1991) (in an action by a taxpayer for a refund, holding that once the government conceded to the taxpayer his right to monetary relief, a justiciable case or controversy no longer remained before the Claims Court, and that the Claims Court could not issue a declaratory interpretation of a closing agreement because such a declaration would not have been incident to a judgment).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**