MS Word

**FORM 5**
**EAJA FORM**

**APPLICATION**
**FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT**
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 11/3/2006 | 06-749T |

4. NAME OF APPLICANT (One per form)
Brian A. Blakley

5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side) DOJ

6. NATURE OF APPLICATION

A. ☑ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER:

7A. DATE FILED IN LOWER COURT

7B. DOCKET NO.

8. ADMINISTRATIVE AGENCY DOCKET NO.

9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☑ YES ☐ NO

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☑ YES ☐ NO

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):
The government's position in the above matter was not substantially justified.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 20,761.50 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) Disbursements | $ 184.90 |
| (2) | $ |
| (3) | $ |
| I. TOTAL FEES AND EXPENSES | $ 20,946.40 |

14. SIGNATURE [signature]

15. DATE 8/9/07

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT



Exh. A.

# DECLARATION OF BRIAN A. BLAKLEY

Brian A. Blakley, under the penalties of perjury, declares as follows:

1. In am an individual residing in Pinellas Park, Florida, and I am the plaintiff in the case Brian A. Blakley v. United States,

2. I am making this declaration to show my approximate net worth, for the purpose of establishing eligibility for an award of attorneys' fees and costs in the above-entitled matter.

3. My approximate net worth is $136,500, as follows:

| Assets | Liabilities |
|---|---|
| Home: $195,000 | Mortgage: $180,000 |
| Bank Accounts: $3,000 | Revolving Debt: $53,000 |
| Pension Plan: $56,000 | |
| 401K Plan: $36,000 | |
| Stock: $15,000 | |
| Sole Proprietorship: $26,000 | |
| Vehicles: $38,500 | |

Under the penalties of perjury, I declare that I have examined the foregoing statement of facts in the foregoing declaration and to the best of my knowledge and belief, it is true, correct and complete.

Brian A. Blakley

8/9/2007

Date