Case 1:06-cv-00749-SGB Document 18-3 Filed 08/10/2007 Page 1 of 6

**192 Blakley, Brian**

**194 Tax refund claim-machine gun** **Resp Lawyer: RGN**

| Date | Entry# | Received From/Paid To / Explanation | Che#/Rec# Clnt Che# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 19/2004 | 5457 | Lawyer: RGN 0.30 Hrs X 320.00 Call to client re details of prosecution of possible FOIA and refund claim. | | | | 96.00 | 788 | | | | |
| Aug 19/2004 | 5973 | Lawyer: RGN 0.20 Hrs X 320.00 Call from Brian re his anticipated decision from ATF. | | | | 64.00 | 788 | | | | |
| Sep 17/2004 | 6396 | Lawyer: RGN 0.80 Hrs X 320.00 Research on gun control issue. and call to client re info neede for refund claim. | | | | 256.00 | 788 | | | | |
| Sep 29/2004 | 6519 | Lawyer: RGN 0.40 Hrs X 320.00 Review of Brian's paperwork and call to Jim Jeffries re poss | | | | 128.00 | 788 | | | | |
| Sep 30/2004 | 6533 | Lawyer: RGN 0.20 Hrs X 320.00 Call to Brian - reviewed his ATF papers and discussed possible expert testimony. | | | | 64.00 | 788 | | | | |
| Oct 4/2004 | 6677 | Lawyer: RGN 0.50 Hrs X 320.00 Research in FOIA and refund issues. | | | | 160.00 | 821 | | | | |
| Oct 5/2004 | 6687 | Lawyer: RGN 0.20 Hrs X 320.00 Call to Jim Jeffries re ATF issues. | | | | 64.00 | 821 | | | | |
| Oct 7/2004 | 6717 | Lawyer: RGN 1.40 Hrs X 320.00 Researched basis for refund claim and FOIA request and prepared same. | | | | 448.00 | 821 | | | | |
| Oct 8/2004 | 6729 | Lawyer: RGN 0.40 Hrs X 320.00 Refund claim preparation. | | | | 128.00 | 821 | | | | |
| Oct 12/2004 | 6761 | Lawyer: RGN 0.30 Hrs X 320.00 Call to Brian - reviewed his comments on the refund claim and overall strategy for bringing the refund issue to conclusion. | | | | 96.00 | 821 | | | | |
| Oct 20/2004 | 6929 | Lawyer: RGN 0.40 Hrs X 320.00 Call to Jim Jeffries re details of claim for refund. Then revised claim for refund language. | | | | 128.00 | 850 | | | | |
| Nov 5/2004 | 7232 | Lawyer: RGN 0.20 Hrs X 320.00 Finalized refund claim. | | | | 64.00 | 879 | | | | |
| Nov 8/2004 | 7238 | Lawyer: RGN 0.30 Hrs X 320.00 Research - 27 CFR for applicable section for claim for refund. | | | | 96.00 | 879 | | | | |
| Nov 15/2004 | 7355 | Lawyer: RGN 0.70 Hrs X 320.00 Finalized claim for refund after discussion with BATF and Public info office. | | | | 224.00 | 937 | | | | |
| Nov 24/2004 | 7555 | Lawyer: RGN 0.90 Hrs X 320.00 Drafted FOIA request. | | | | 288.00 | 937 | | | | |
| Dec 23/2004 | 8201 | Lawyer: RGN 0.30 Hrs X 320.00 Call to Jim Jeffries re discussion of FOIA request; modified request and re-sent to Jim and Brian. | | | | 96.00 | 1010 | | | | |
| Dec 24/2004 | 8190 | Lawyer: RGN 0.50 Hrs X 320.00 Reviewed comments from Jim Jeffries; finalized FOIA demand and sent same. | | | | 160.00 | 1010 | | | | |
| Jan 19/2005 | 8621 | Lawyer: RGN 0.30 Hrs X 320.00 Call from Brian re status of requests to BATF, also discussed potential for filming of action of firearm and expert testimoney. | | | | 96.00 | 1075 | | | | |
| Jan 28/2005 | 8706 | Lawyer: RGN 0.50 Hrs X 320.00 Calls to Brian regarding renewal of FFL and State Dept registration requirement. | | | | 160.00 | 1075 | | | | |
| Apr 13/2005 | 10189 | Lawyer: RGN 0.60 Hrs X 320.00 Calls to BATF re status of refund claim and FOIA request. | | | | 192.00 | 1263 | | | | |
| Apr 15/2005 | 10227 | Lawyer: RGN 0.10 Hrs X 320.00 Discussion with Teresa Hummell, atty, regarding status of claim for refund. | | | | 32.00 | 1263 | | | | |
| May 10/2005 | 10738 | Lawyer: RGN 0.10 Hrs X 320.00 Voicemail from ATF atty and call to Brian on status of refund claim in ATF. | | | | 32.00 | 1335 | | | | |
| May 26/2005 | 11072 | Lawyer: RGN 0.20 Hrs X 320.00 Followup call from Brian on progress of refund claim. | | | | 64.00 | 1427 | | | | |
| Jul 18/2005 | 12193 | Lawyer: RGN 0.20 Hrs X 320.00 Call from Brian re possible expert witness. | | | | 64.00 | 1530 | | | | |
| Jul 22/2005 | 12271 | Lawyer: RGN 0.50 Hrs X 320.00 Call to FOIA disclosure officer regarding possible narrowing of request. Call to Brian to discuss strategy on FOIA | | | | 160.00 | 1530 | | | | |
| Jul 26/2005 | 12301 | Lawyer: RGN 0.20 Hrs X 320.00 Responded to Peter Chisholm regarding FOIA limitations. | | | | 64.00 | 1530 | | | | |
| Aug 11/2005 | | Lawyer: RGN 0.50 Hrs X 250.00 | | | | 125.00 | 1565 | | | | |

| Date | Entry# | Received From/Paid To Explanation | Che#/Rec# Clnt Che# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12622 | Call to Brian - discussed ATF responses and defenses to same; expert witness; how to proceed with expert, fees for suit, how to proceed with legal and factual research on key issues. | | | | | | | | | |
| Sep 6/2005 | 13109 | Lawyer: RGN 0.20 Hrs X 250.00 Call to FOIA disclosure officer re status of request - documents are ready to be mailed. | | | | 50.00 | 1636 | | | | |
| Sep 6/2005 | 13253 | Lawyer: RGN 0.40 Hrs X 250.00 Call to James Sullivan, possible expert, to introduce. Further call to Teresa Hummel re requirement of disallowance by certified mail. | | | | 100.00 | 1636 | | | | |
| Sep 16/2005 | 13399 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian on status of FOIA plus selection of possible expert witness. | | | | 50.00 | 1680 | | | | |
| Sep 16/2005 | 13405 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Ms. Gregg of ATFE re requirement for certified mail denial. | | | | 50.00 | 1680 | | | | |
| Oct 3/2005 | 13760 | Lawyer: RGN 0.30 Hrs X 250.00 First review of FOIA production. | | | | 75.00 | 1721 | | | | |
| Oct 25/2005 | 14132 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian regarding his analysis of FOIA materials, including items not produced. | | | | 50.00 | 1754 | | | | |
| Nov 10/2005 | 14392 | Lawyer: RGN 0.40 Hrs X 250.00 Call from Brian - re possible witness in case. | | | | 100.00 | 1792 | | | | |
| Nov 18/2005 | 14598 | Lawyer: RGN 0.20 Hrs X 250.00 Renewed FOIA demand. | | | | 50.00 | 1823 | | | | |
| Nov 22/2005 | 14624 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian re issue of legislative history of NFA. | | | | 50.00 | 1823 | | | | |
| Dec 22/2005 | 15191 | Lawyer: RGN 0.70 Hrs X 250.00 Research into IRS revenue rulings, cases, legislative history. | | | | 175.00 | 1895 | | | | |
| Dec 26/2005 | 15211 | Lawyer: RGN 0.70 Hrs X 250.00 Further research into other non-machinegun devices. | | | | 175.00 | 1895 | | | | |
| Dec 29/2005 | 15260 | Lawyer: RGN 0.30 Hrs X 250.00 Call from Brian re his request to do inventory of another person's firarms. | | | | 75.00 | 1895 | | | | |
| Jan 9/2006 | 15483 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian to arrange for meeting in FL | | | | 50.00 | 1928 | | | | |
| Jan 9/2006 | 15490 | Lawyer: RGN -0.20 Hrs X 250.00 Courtesy discount. | | | | -50.00 | 1928 | | | | |
| Jan 16/2006 | 15687 | Lawyer: RGN 0.70 Hrs X 250.00 Began preparation of complaint. | | | | 175.00 | 1962 | | | | |
| Jan 17/2006 | 15695 | Lawyer: RGN 0.90 Hrs X 250.00 Draft of complaint. | | | | 225.00 | 1962 | | | | |
| Jan 17/2006 | 15699 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian - re possible alternative claim on device and status of FOIA disclosure. | | | | 50.00 | 1962 | | | | |
| Jan 20/2006 | 15749 | Lawyer: RGN 0.30 Hrs X 250.00 Further drafting of complaint. | | | | 75.00 | 1962 | | | | |
| Jan 23/2006 | 15757 | Lawyer: RGN 5.80 Hrs X 250.00 Met with Brian - full discussion of all issues. Planned for complaint, FOIA discussion, demonstration of invention. | | | | 1450.00 | 1962 | | | | |
| Jan 31/2006 | 15817 | Fees To Lawyer RGN Courtesy discount on drafting of complaint. | | | | -250.00 | 1962 | | | | |
| Feb 8/2006 | 15997 | Lawyer: RGN 0.30 Hrs X 250.00 Call from Brian on two additional possible FOIA requests;, plus discussion of expert witnesses. | | | | 75.00 | 1992 | | | | |
| Feb 13/2006 | 16007 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian - he has researched legislative history of 1968 act and will get printouts. | | | | 50.00 | 1992 | | | | |
| Feb 16/2006 | 16180 | Lawyer: RGN 0.20 Hrs X 250.00 Calls to Brian and Bruce B re getting legislative history of Gun Control Act. | | | | 50.00 | 2031 | | | | |
| Feb 20/2006 | 16211 | Lawyer: RGN 0.80 Hrs X 250.00 Reviewed legislative history as complied by Brian, revised FOIA demand, discussed same and legislative history with Brian. | | | | 200.00 | 2031 | | | | |
| Mar 2/2006 | 16483 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian re discussion with Steve Halbrook. | | | | 50.00 | 2064 | | | | |
| Mar 10/2006 | 16629 | Lawyer: RGN 0.70 Hrs X 250.00 Reviewed Brian's book of evidence for case. | | | | 175.00 | 2064 | | | | |

| Date Entry# | Received From/Paid To Explanation | Che#/Rec# Clnt Che# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 10/2006 16630 | Lawyer: RGN -0.40 Hrs X 250.00 courtesy discount. | | | | -100.00 | 2064 | | | | |
| May 15/2006 18300 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian - OK to go ahead with lawsuit and strategy from this point forward. | | | | 50.00 | 2269 | | | | |
| May 22/2006 18386 | Lawyer: RGN 0.60 Hrs X 250.00 Revised complaint. | | | | 150.00 | 2269 | | | | |
| May 23/2006 18394 | Lawyer: RGN 0.30 Hrs X 250.00 Call to Steve Halbrook re review of draft of complaint. Revised complaint. | | | | 75.00 | 2269 | | | | |
| Jun 15/2006 18964 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian on details of items in the proposed complaint. | | | | 50.00 | 2349 | | | | |
| Jun 29/2006 19081 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian concerning draft of complaint, procedure for summary judgment and other issues. | | | | 50.00 | 2349 | | | | |
| Jun 30/2006 19072 | Lawyer: RGN 0.60 Hrs X 250.00 Reviewed and corrected draft complaint. | | | | 150.00 | 2349 | | | | |
| Jul 3/2006 19184 | Lawyer: RGN 1.70 Hrs X 250.00 Reviewed complaint with Brian and made corrections per our discussion. | | | | 425.00 | 2390 | | | | |
| Sep 5/2006 20295 | Lawyer: RGN 0.30 Hrs X 250.00 Reviewed Brian's revisions on complaint and made suggested changes. | | | | 75.00 | 2524 | | | | |
| Sep 11/2006 20370 | Lawyer: RGN 0.20 Hrs X 250.00 Revisions to complaint. | | | | 50.00 | 2524 | | | | |
| Oct 13/2006 21056 | Lawyer: RGN 0.20 Hrs X 250.00 Reviewed proposed complaint in preparation for call to Brian. | | | | 50.00 | 2595 | | | | |
| Oct 13/2006 21057 | Lawyer: RGN 0.90 Hrs X 250.00 Call to Brian - reviewed and made changes to complaint. | | | | 225.00 | 2595 | | | | |
| Oct 13/2006 21058 | Lawyer: RGN 0.30 Hrs X 250.00 Inserted changes to complaint. | | | | 75.00 | 2595 | | | | |
| Oct 26/2006 21343 | Lawyer: RGN 0.10 Hrs X 250.00 Reviewed and made changes to complaint | | | | 25.00 | 2631 | | | | |
| Oct 30/2006 21372 | Lawyer: RGN 0.90 Hrs X 250.00 Call to Steve Halbrook re issues for future summary judgment and review of complaint. Then verified s/l on filing suit for refund. Then made several changes per Steve H's suggestions, to complaint, including exhibits, and other changes.. | | | | 225.00 | 2631 | | | | |
| Oct 31/2006 21387 | Lawyer: RGN 0.20 Hrs X 250.00 Reviewed complaint with Steve and exhibit documents. | | | | 50.00 | 2631 | | | | |
| Oct 31/2006 21395 | Lawyer: RGN 0.30 Hrs X 250.00 Prepared exhibits to complaint and finalized complaint. | | | | 75.00 | 2631 | | | | |
| Nov 1/2006 21539 | Lawyer: RGN 0.40 Hrs X 250.00 Finalized complaint, including additional questions on exhibits to Brian. | | | | 100.00 | 2675 | | | | |
| Nov 2/2006 21545 | Lawyer: RGN 0.30 Hrs X 250.00 Reviewed complaint prior to filing, made changes. | | | | 75.00 | 2675 | | | | |
| Dec 20/2006 22472 | Lawyer: RGN 0.20 Hrs X 250.00 Calls to and from Jacob Christiansen, DOJ atty, on extension of time to answer. | | | | 50.00 | 2797 | | | | |
| Feb 11/2007 23452 | Lawyer: RGN 0.20 Hrs X 250.00 Reviewed Brian's proposed letters re Akins accelerator, and emailed to him proposed changes. | | | | 50.00 | 2928 | | | | |
| Mar 2/2007 23927 | Lawyer: RGN 0.20 Hrs X 250.00 Reviewed US answer to complaint. | | | | 50.00 | 3007 | | | | |
| Mar 5/2007 23946 | Lawyer: RGN 0.10 Hrs X 250.00 Responded to email re overall nature of strategy from answer onward. | | | | 25.00 | 3007 | | | | |
| Mar 6/2007 23964 | Lawyer: RGN 0.70 Hrs X 250.00 Call to Brian re govt answer and possibility of motion for summary judgment, issue of discovery. | | | | 175.00 | 3007 | | | | |
| Mar 14/2007 24102 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Steve Halbrook - discussed possible discovery and plan for how to get case in shape for motions. | | | | 50.00 | 3007 | | | | |
| Mar 16/2007 24261 | Lawyer: RGN 0.50 Hrs X 250.00 Prepared for meeting with Steve Halbrook re discovery and how to position case for motion for summary judgment. | | | | 125.00 | 3052 | | | | |
| Mar 16/2007 24262 | Lawyer: RGN 0.80 Hrs X 250.00 Met with Steve Halbrook to go over | | | | 200.00 | 3052 | | | | |

| Date | Entry# | Received From/Paid To Explanation | Che#/Rec# Clnt Che# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | strategy for motion for summary judgment, discovery, plan for how to present evidence in motion. | | | | | | | | | |
| Apr 4/2007 | 24645 | Lawyer: RGN 0.80 Hrs X 250.00 Research on presentation of video evidence in summary judgment; analysis of evidence and documents needed for same; analysis of Joint Preliminary Status Report items for court. and email to Brian about this. | | | | 200.00 | 3105 | | | | |
| Apr 6/2007 | 24698 | Lawyer: RGN 0.90 Hrs X 250.00 Research on statutory history and definitions moving toward motion for summary judgment. Email to Brian on items to be done. | | | | 225.00 | 3105 | | | | |
| Apr 9/2007 | 24728 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Jacob Christensen re Joint Preliminary Status Report that is due April 20. | | | | 50.00 | 3105 | | | | |
| Apr 10/2007 | 24758 | Lawyer: RGN 0.60 Hrs X 250.00 Call to Brian to discuss discovery and items needed for our theory of the case. | | | | 150.00 | 3105 | | | | |
| Apr 12/2007 | 24792 | Lawyer: RGN 0.50 Hrs X 250.00 Call to Jacob Christensen re details of the JPSR and what discovery they would want. | | | | 125.00 | 3105 | | | | |
| Apr 17/2007 | 25030 | Lawyer: RGN 0.70 Hrs X 250.00 Call to Steve Halbrook - discussed proposed JPSR and possibility and logistics of sending guns here for examination. Then call to Brian re these issues and timing of JPSR, and email to opp counsel on variuos issues including physical examination of the guns. | | | | 175.00 | 3143 | | | | |
| Apr 30/2007 | 25374 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian re initial discovery requests. | | | | 50.00 | 3185 | | | | |
| May 3/2007 | 25417 | Lawyer: RGN 0.60 Hrs X 250.00 Prepared Initial Discovery Disclosures letter. | | | | 150.00 | 3185 | | | | |
| May 3/2007 | 25426 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian re details of initial disclosures. | | | | 50.00 | 3185 | | | | |
| May 4/2007 | 25438 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Brian re initial disclosures. | | | | 50.00 | 3185 | | | | |
| May 7/2007 | 25445 | Lawyer: RGN 0.40 Hrs X 250.00 Call to Brian to review Initial Disclosures and then finalized letter re same. | | | | 100.00 | 3185 | | | | |
| May 17/2007 | 25715 | Lawyer: RGN 0.20 Hrs X 250.00 Reviewed government's discovery papers. | | | | 50.00 | 3221 | | | | |
| May 18/2007 | 25729 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Jacob Christensen re logistics of inspection of invention. | | | | 50.00 | 3221 | | | | |
| May 29/2007 | 25809 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Brian re need for detailed declaration with drawings of his invention - in response to discovery request. | | | | 50.00 | 3221 | | | | |
| Jun 4/2007 | 26018 | Lawyer: RGN 1.00 Hrs X 250.00 Reviewed Brian's narrative of operation of firearm - noted changes to be suggested, and reviewed drawings along side this. | | | | 250.00 | 3275 | | | | |
| Jun 4/2007 | 26019 | Lawyer: RGN 1.20 Hrs X 250.00 Call to Brian - reviewed all of above, discussed response to discovery requests and tactics for same. | | | | 300.00 | 3275 | | | | |
| Jun 6/2007 | 26059 | Lawyer: RGN 0.20 Hrs X 250.00 Call to Jacob Christensen re details of exam of firearms and also discovery issues. | | | | 50.00 | 3275 | | | | |
| Jun 7/2007 | 26078 | Lawyer: RGN 0.20 Hrs X 250.00 Call from Steve Halbrook - re discovery issue of supplementing CD. | | | | 50.00 | 3275 | | | | |
| Jun 7/2007 | 26079 | Lawyer: RGN 0.60 Hrs X 250.00 Call to Brian re govt discovery and his discovery requests. Further emails on same issue. | | | | 150.00 | 3275 | | | | |
| Jun 8/2007 | 26095 | Lawyer: RGN 1.10 Hrs X 250.00 Prepared responses to govt discovery and began preparationof request for discovery by plaintiff. | | | | 275.00 | 3275 | | | | |
| Jun 9/2007 | 26103 | Lawyer: RGN 1.80 Hrs X 250.00 Prepared responses to govt discovery and prepared proposed discovery for | | | | 450.00 | 3275 | | | | |

| Date | Entry# | Received From/Paid To / Explanation | Che#/Rec# Clnt Che# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Plaintiff's side. | | | | | | | | | |
| Jun 9/2007 | 26104 | Lawyer: RGN -0.50 Hrs X 250.00<br>Courtesy discount. | | | | -125.00 | 3275 | | | | |
| Jun 11/2007 | 26121 | Lawyer: RGN 1.60 Hrs X 250.00<br>Continued preparation of discovery responses. Call to Steve Halbrook re details of discovery from us to govt, and defenses to govt requests for discovery. Calls to Brian to review discovery requests. | | | | 400.00 | 3275 | | | | |
| Jun 12/2007 | 26126 | Lawyer: RGN 2.00 Hrs X 250.00<br>Calls to Brian on discovery, then revised certain discovery answers. | | | | 500.00 | 3275 | | | | |
| Jun 13/2007 | 26148 | Lawyer: RGN 0.70 Hrs X 250.00<br>Finalized discovery. | | | | 175.00 | 3275 | | | | |
| Jun 14/2007 | 26218 | Lawyer: RGN 0.60 Hrs X 250.00<br>Reviewed and revised plaintiff's discovery requests. Called Brian re same. | | | | 150.00 | 3275 | | | | |
| Jun 15/2007 | 26221 | Fees To Lawyer RGN<br>Courtesy discount re discovery items. | | | | -500.00 | 3275 | | | | |
| Jun 15/2007 | 26224 | Lawyer: RGN 0.80 Hrs X 250.00<br>Prepared plaintiff's request for production of documents, interrogatories, and requests for admission. | | | | 200.00 | 3275 | | | | |
| Jun 15/2007 | 26226 | Lawyer: RGN 0.90 Hrs X 250.00<br>Call from Brian - we reviewed all discovery and finalized same for service. | | | | 225.00 | 3275 | | | | |
| Jun 15/2007 | 26233 | Lawyer: RGN 1.30 Hrs X 250.00<br>Preparation of discovery.against govt. | | | | 325.00 | 3275 | | | | |
| Jun 15/2007 | 26234 | Lawyer: RGN -0.50 Hrs X 250.00<br>Courtesy discount. | | | | -125.00 | 3275 | | | | |
| Jul 3/2007 | 26624 | Lawyer: RGN 0.50 Hrs X 250.00<br>Calls to Brian re Govt proposal to settle. Also call to govt counsel on possible suspension of case. | | | | 125.00 | 3344 | | | | |
| Jul 4/2007 | 26633 | Lawyer: RGN 0.30 Hrs X 250.00<br>Prepared notes for opposition to motion to suspend proceedings. | | | | 75.00 | 3344 | | | | |
| Jul 5/2007 | 26646 | Lawyer: RGN 1.10 Hrs X 250.00<br>Call to Steve Halbrook - discussed govt's exemption argument and pointed out regs of ATF itself. Research into ATF regulations and began response to govt motion. Further call to Brian re strategy. | | | | 275.00 | 3344 | | | | |
| Jul 6/2007 | 26670 | Lawyer: RGN 3.30 Hrs X 250.00<br>Prepared opposition to motion to suspend proceedings. | | | | 825.00 | 3344 | | | | |
| Jul 6/2007 | 26671 | Lawyer: RGN -0.60 Hrs X 250.00<br>Courtesy discount. | | | | -150.00 | 3344 | | | | |
| Jul 9/2007 | 26706 | Lawyer: RGN 0.20 Hrs X 250.00<br>Call to Brian re expert testimony possibility and also most recent letter re ATF's "string trick" letter. | | | | 50.00 | 3344 | | | | |
| Jul 10/2007 | 26728 | Lawyer: RGN 0.60 Hrs X 250.00<br>Call to Jacob Christensen re issue of suspension of discovery and motion to suspend. | | | | 150.00 | 3344 | | | | |
| Jul 11/2007 | 26747 | Lawyer: RGN 0.20 Hrs X 250.00<br>Call to Brian re govt's motion to dismiss. | | | | 50.00 | 3344 | | | | |
| Jul 11/2007 | 26753 | Lawyer: RGN 0.40 Hrs X 250.00<br>Initial call to Len Savage re possible expert testimoany. | | | | 100.00 | 3344 | | | | |
| Jul 12/2007 | 26755 | Lawyer: RGN 1.70 Hrs X 250.00<br>Revised opposition to motion for dismissal. Call from Brian on certain changes, made these changes. | | | | 425.00 | 3344 | | | | |
| Jul 12/2007 | 26766 | Lawyer: RGN 0.20 Hrs X 250.00<br>Call to Brian re Court's refund order. | | | | 50.00 | 3344 | | | | |
| Jul 13/2007 | 26775 | Lawyer: RGN 1.80 Hrs X 250.00<br>Revised motion because of Final Order. | | | | 450.00 | 3344 | | | | |
| Jul 13/2007 | 26776 | Lawyer: RGN -0.90 Hrs X 250.00<br>Courtesy discount. | | | | -225.00 | 3344 | | | | |
| Jul 19/2007 | 26957 | Lawyer: RGN 0.60 Hrs X 250.00<br>Prepared and filed Motion for Relief from Judgment. | | | | 150.00 | 3386 | | | | |
| Aug 7/2007 | 27271 | Lawyer: RGN 0.70 Hrs X 250.00<br>Call -conf call with Steve Halbrook and Brian re strategy after dismissal of case. | | | | 175.00 | | | | | |
| Aug 7/2007 | 27272 | Lawyer: RGN 0.80 Hrs X 250.00<br>Research on atty fees, then call to Brian re motion to be filed, then | | | | 200.00 | | | | | |

| Date Entry# | Received From/Paid To Explanation | Che#/Rec# Clnt Che# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | prepared motion; email to Halbrook re his portion of fees. | | | | | | | | | |
| Aug 8/2007 27291 | Lawyer: RGN 0.90 Hrs X 250.00 Prepared changes to motion for attorney fees. | | | | 225.00 | | | | | |
| Aug 9/2007 27302 | Lawyer: RGN 0.40 Hrs X 250.00 Call to Brian and prepared declaration re net worth. | | | | 100.00 | | | | | |
| Aug 10/2007 27312 | Lawyer: RGN 0.60 Hrs X 250.00 Finalized motion for atty fees. Call to Karen re this and Branerton letter. | | | | 150.00 | | | | | |

| | UNBILLED | | | | | | | BILLED | | | | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + | RECOV | + | FEES | = TOTAL | | DISBS | + | FEES | + | TAX | - RECEIPTS | | = A/R | TRUST |
| PERIOD | 0.00 | | 0.00 | | 850.00 | 850.00 | | 184.90 | | 16049.00 | | 0.00 | 15933.90 | | 300.00 | 2872.50 |
| END DATE | 0.00 | | 0.00 | | 850.00 | 850.00 | | 184.90 | | 16049.00 | | 0.00 | 15933.90 | | 300.00 | 2872.50 |

| | UNBILLED | | | | | | | BILLED | | | | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTALS | CHE | + | RECOV | + | FEES | = TOTAL | | DISBS | + | FEES | + | TAX | - RECEIPTS | | = A/R | TRUST |
| PERIOD | 0.00 | | 0.00 | | 850.00 | 850.00 | | 184.90 | | 16049.00 | | 0.00 | 15933.90 | | 300.00 | 2872.50 |
| END DATE | 0.00 | | 0.00 | | 850.00 | 850.00 | | 184.90 | | 16049.00 | | 0.00 | 15933.90 | | 300.00 | 2872.50 |

REPORT SELECTIONS - Client Ledger

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Friday, August 10, 2007 at 11:40:27 AM | | |
| Date Range: | ALL DATES | | |
| Matters: | 194 | | |
| Clients: | All | | |
| Major Clients: | All | Firm Totals Only: | No |
| Responsible Lawyer: | All | Entries Shown - Billed Only: | No |
| Client Intro Lawyer: | All | Entries Shown - Disbursements: | No |
| Assigned Lawyer: | All | Entries Shown - Receipts: | No |
| Type of Law: | All | Entries Shown - Trust: | No |
| Matters Sort By:: | Default | Entries Shown - Time or Fees: | Yes |
| New Page for Each Lawyer: | No | Working Lawyer: | No |
| New Page for Each Matter: | No | Incl. Matters with Retainer Bal: | No |
| Totals Only: | No | Incl. Matters with Neg Unbld Disb: | No |
| Consolidate Payments: | No | Show Interest: | No |
| No Activity Date: | Dec 31/2199 | Trust Account: | All |
| Select From: | Active, Inactive Matters | | |
| Include Corrected Entries: | No | Show Client Address: | No |
| Show Check # on Paid Payables: | No | | |
| Ver: | 8.04a | Show Trust Summary by Account: | No |