ORIGINAL

#067090

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

FILED
SEP 11 2007
U.S. COURT OF FEDERAL CLAIMS

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NOTICE OF APPEAL

The Plaintiff, Brian A. Blakley, hereby appeals from the Judgment of this Court which was entered on July 13, 2007.

Respectfully submitted,

Robert G. Nath
7th Floor, 8280 Greensboro Drive
McLean, VA 22102

Tel: 703-761-5014
Fax: 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
Email: Robertnath@Rnathlaw.com

Counsel for Plaintiff