# In The United States Court of Federal Claims

No. 06-749T
Filed: September 12, 2007

*****************************************

BRIAN ALAN BLAKELY
d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*****************************************

**ORDER**

On August 10, 2007, Plaintiff filed a Motion for Attorney Fees, and on September 10, 2007 the Government responded. On September 11, 2007, Plaintiff filed a Notice of Appeal from this court's July 13, 2007 judgment. Therefore, further briefing and proceedings regarding the Plaintiff's Motion for Attorney Fees are stayed pending the resolution of the appeal.

The parties will notify the court when the appeal has been completed in the United States Court of Appeals for the Federal Circuit.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**