United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

December 6, 2007

Robert Gerald Nath, Esq.
Robert G. Nath, PLLC
8200 Greensboro Drive, 7th Floor
McLean, VA 22102

In re: <u>Brian Alan Blakely d/b/a TCS v. United States,</u> No. 06-749 T

Dear Mr. Nath:

I forward herewith a certified transcript of the judgment, dated July 16, 2007, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

I understand that a Notice of Appeal was filed on September 11, 2007. In the event this judgment is modified in the future, a replacement certified transcript of judgment will be mailed to you.

Very truly yours,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure