IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's order of September 12, 2007, the parties submit this status report to notify the Court of the completion of plaintiff's appeal in the United States Court of Appeals for the Federal Circuit.

On June 5, 2008, the Court of Appeals for the Federal Circuit affirmed the Judgment entered by this Court on July 13, 2007, without issuing a written opinion. In the absence of a

petition for rehearing, the time within which plaintiff may file a petition for writ of certiorari with the United States Supreme Court expires on September 3, 2008.

Respectfully submitted,

s/Robert G. Nath
ROBERT G. NATH
7th Floor, 8280 Greensboro Drive
McLean, VA 22102
(703) 761-5014

Dated: June 18, 2008

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: June 18, 2008

Attorneys for Defendant