# In The United States Court of Federal Claims

No. 06-749T

Filed: July 15, 2008

*****************************************

BRIAN ALAN BLAKELY
d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*****************************************

**ORDER**

The court will convene a telephone status conference on August 4, 2008 at 3:00 p.m. Eastern.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**