ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUL 28 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5164

BRIAN ALAN BLAKLEY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Robert G. Nath, Robert G. Nath, PLLC, of McLean, Virginia, argued for plaintiff-appellant.

Teresa T. Milton, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Nathan J. Hochman, Assistant Attorney General; and Thomas J. Clark, Attorney.

Appealed from: United States Court of Federal Claims

Judge Susan G. Braden

ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUL 28 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5164

BRIAN ALAN BLAKLEY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 7/28/08

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 06-CV-749.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and DYK, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: JUN - 5 2008

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUN - 5 2008
JAN HORBALY
CLERK

ISSUED AS A MANDATE: JUL 28 2008