# In The United States Court of Federal Claims

No. 06-749T

Filed: August 4, 2008

****************************************

BRIAN ALAN BLAKELY
d/b/a TCS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**ORDER**

The telephone status conference scheduled for August 4, 2008 at 3:00 p.m. Eastern is changed to August 4, 2008 at 1:00 p.m.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**