# In The United States Court of Federal Claims

No. 06-749T

Filed: August 4, 2008

*****************************************

| | |
|---|---|
| BRIAN ALAN BLAKELY d/b/a TCS, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

*****************************************

**ORDER**

Pursuant to the August 4, 2008 telephone status conference, the September 12, 2007 stay is hereby lifted, and Plaintiff will file a Reply in support of the August 10, 2007 Motion For Attorney's Fees on or before September 4, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**