Electronically filed on September 4, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-749 T
(Judge Braden)

BRIAN ALAN BLAKLEY,
d/b/a/ TCS

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF ROBERT G. NATH

Robert G. Nath, under the penalties of perjury, declares as follows:

1. The undersigned is an attorney licensed in the Commonwealth of Virginia, the State of Maryland, and the District of Columbia. I am also admitted to practice before the United States Court of Federal Claims and the United States Court of Appeals for the Federal Circuit.

2. The undersigned is counsel of record for Plaintiff in the above-captioned action.

3. Attached hereto and incorporated by reference is a printout of my firm's time entries, and the dollar values attached thereto, which entries have been made in connection with the pending motion for award of attorneys' fees and costs on and after August 4, 2008. The total of those time charges is $4,650). Added to the charges reflected in the initial motion ($20,946.60) the total of such charges is $25,596.60. This total does not include additional time charges for Mr. Halbrook, which have not yet been received by the undersigned.

4. As counsel for Plaintiff, the undersigned performed legal and factual research preparatory to filing the Complaint herein. Included in that research was a request made by the undersigned under the Freedom of Information Act (FOIA). The FOIA request was made in preparation for the litigation. The undersigned advised Plaintiff that pre-filing diligence involves research into the administrative precedents, as those precedents

might reflect on the legal and factual basis for the Complaint. The Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) responded to the FOIA request by producing many documents that were used by the undersigned to prepare the Complaint. These included documents on BATFE's position on other firearms claims that were relevant to this litigation. Plaintiff and undersigned counsel consulted many of those documents both in drafting the complaint and in framing the legal and factual issue whether Plaintiff's invention was an NFA firearm. During the discovery phase, Plaintiff's discovery requests included requests to admit the authenticity of some of the documents produced by that FOIA demand.

Under the penalties of perjury, I declare that I have examined the foregoing statement of facts in the foregoing declaration, including attachments thereto, and to the best of my knowledge and belief, it is true, correct and complete.

_____________/s/____________________ September 4, 2008
Robert G. Nath Date

CERTIFICATE OF SERVICE

I certify that service of the foregoing Declaration has been made on plaintiff this __4th___ day of September, 2008, by electronic filing and by mailing the original thereof, in a postage prepaid envelope, to the following address:

JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

____________/s/_______________________

Robert G. Nath