Robert G. Nash, PLLC
Client Ledger
From Aug 4/2008

| Date / Entry # | Received From/Paid To / Explanation | Che# / Rec# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **192** | **Blakley, Brian** | | | | | | | | | |
| **194** | **Tax refund claim-machine gun** | | | | | | | **Resp Lawyer: RGN** | | |
| Aug 4/2008 34824 | Lawyer: RGN 0.80 Hrs X 250.00 Reviewed pleadings, motion for atty fees, in preparation for status conference, then called Brian re his position on this motion and future proceedings. | | | | 200.00 | | | | | |
| Aug 26/2008 35294 | Lawyer: RGN 0.30 Hrs X 250.00 Call to Steve Halbrook - discussed govt's atty fee opposition and arguments to be made to counter those positions. | | | | 75.00 | | | | | |
| Aug 28/2008 35334 | Lawyer: RGN 1.60 Hrs X 250.00 Prepared response to government's opposition to motion for attorneys fees. | | | | 400.00 | | | | | |
| Aug 29/2008 35360 | Lawyer: RGN 3.00 Hrs X 250.00 Time of 8-28-08-Research in Fairfax Bar Library on atty fees, including EAJA, Section 7430, and cases cited by government. | | | | 750.00 | | | | | |
| Aug 29/2008 35361 | Lawyer: RGN 0.20 Hrs X 250.00 Revised reply to opposition to motion for atty fees. | | | | 50.00 | | | | | |
| Aug 29/2008 35366 | Lawyer: RGN 2.30 Hrs X 250.00 Revised brief in light of new research. | | | | 575.00 | | | | | |
| Aug 31/2008 35388 | Lawyer: RGN 2.10 Hrs X 250.00 Further research and revisions to Reply brief, based on new research and on Government's arguments. | | | | 525.00 | | | | | |
| Sep 2/2008 35581 | Lawyer: RGN 1.80 Hrs X 250.00 Calls to and from Brian Blakley to review draft of reply to govt opposition to motion for atty fees and costs, and made further revisions based on that discussion. | | | | 450.00 | | | | | |
| Sep 3/2008 35608 | Lawyer: RGN 3.40 Hrs X 250.00 Further research on atty fees, further revisions to reply brief. | | | | 850.00 | | | | | |
| Sep 4/2008 35617 | Lawyer: RGN 3.10 Hrs X 250.00 Research on final changes to brief, preparation of supplemental declaration, all on attys fee motion. | | | | 775.00 | | | | | |

| | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 4650.00 | 4650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 0.00 | 0.00 | 4650.00 | 4650.00 | 639.90 | 16899.00 | 0.00 | 17238.90 | 300.00 | 1567.50 |

| | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTAL | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 4650.00 | 4650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 0.00 | 0.00 | 4650.00 | 4650.00 | 639.90 | 16899.00 | 0.00 | 17238.90 | 300.00 | 1567.50 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default |
| Requested by | ADMIN |
| Finished | Thursday, September 04, 2008 at 11:21:17 AM |
| Ver | 8.20c |
| Matters | 194 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec 31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |

Robert G. Nath, PLLC
Client Ledger
From Aug 4/2008

| Date<br>Entry # | Received From/Paid To<br>Explanation | Che#<br>Rec# | Rcpts | General<br>Disbs | Fees | Bld<br>Inv# | Trust Activity<br>Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |